**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LETITIA MORANT,**

           **Plaintiff,**

**-vs-**              **Case No. 6:06-cv-1588-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

           **Defendant.**
_____

## ORDER

On August 20, 2007, Magistrate Judge Baker entered a Report and Recommendation (Doc. 22), recommending that the final decision of the Commissioner of the SSA be affirmed. Plaintiff filed timely objections to the Report (Doc. 23). Upon *de novo* review of the above, the Court find Plaintiff's objections to the Report of the Magistrate Judge to be without merit. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The final decision of the Commissioner of the SSA is AFFIRMED.

3. The Clerk is directed to enter judgment for the Defendant and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 17, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE